**Order entered July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01399-CV

**SEARCY FERGUSON AND THE ESTATE OF MARGARET MILLER, Appellants**

**V.**

**THE PLAZA HEALTH SERVICES AT EDGEMERE, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-13192**

## ORDER

The Court has before it appellants' June 27, 2013 unopposed motion for extension of time to file reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by July 23, 2013.

/s/     ELIZABETH LANG-MIERS
             JUSTICE